UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Respondent,<br><br>    v.<br><br>FROYLAN CONTRERAS,<br><br>              Petitioner. | No. CR-07-6036-FVS<br><br>ORDER DENYING PETITIONER'S MOTION TO VACATE JUDGMENT PURSUANT TO RULE 36, IN PARI MATERIA TO RULE 60(b), CONSTRUED AS A REQUEST FOR A CERTIFICATE OF APPEALABILITY |

**THIS MATTER** comes before the Court on Petitioner's motion to vacate judgment pursuant to Rule 36, in pari materia to Rule 60(b). (Ct. Rec. 130). Petitioner is proceeding pro se.

**BACKGROUND**

The Court sentenced Petitioner, on June 17, 2008, to a term of 151 months imprisonment following his entry of a guilty plea to the offense of possession of a controlled substance (methamphetamine) with intent to distribute in violation of 21 U.S.C. § 841(a)(1). Judgment was entered on June 20, 2008, and Petitioner appealed his sentence on June 25, 2008. On November 2, 2009, the Ninth Circuit issued its mandate affirming the District Court's decision. (Ct. Rec. 127).

On February 18, 2011, Petitioner moved to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On March 16, 2011, the Court denied Petitioner's Section 2255 petition finding the petition untimely and the claims raised procedurally defaulted. (Ct.

ORDER DENYING PETITIONER'S MOTION . . . - 1

Rec. 129).  On June 29, 2011, Petitioner simultaneously filed a notice of appeal and the instant motion "to vacate judgment."  (Ct. Rec. 130 & 131).  Petitioner's motion "to vacate judgment" (Ct. Rec. 130) is construed as a request for the issuance of a certificate of appealability.

**DISCUSSION**

Petitioner's motion specifically requests that the Court "issue a Certificate of Appealability so that the issues can be adjudicated on the merits."  (Ct. Rec. 130 at 9).

In order to pursue any appeal from the denial or dismissal for writ of habeas corpus brought by a federal prisoner under Section 2255, a petitioner must first obtain a certificate of appealability.  28 U.S.C. § 2253(c).  "Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from . . . the final order in a proceeding under section 2255."  28 U.S.C. § 2253(c)(1)(B).  A district court possesses the authority to issue a certificate of appealability.  *United States v. Asrar,* 116 F.3d 1268, 1270 (9th Cir. 1997).  The issuance of a certificate of appealability is a jurisdictional prerequisite to appeal.  *Gatlin v. M.K. Madding*, 189 F.3d 882, 886 (9th Cir. 1999).  A certificate of appealability may issue only if the applicant has made "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2); *Hiivala v. Wood*, 195 F.3d 1098, 1104 (9th Cir. 1999).  Under this standard, a petitioner must show that reasonable jurists could debate whether the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further.  *Miller-El v. Cockrell*, 537

ORDER DENYING PETITIONER'S MOTION . . . - 2

U.S. 322, 335-336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000)).

Here, for the reasons set forth in the Court's March 16, 2011 order denying Petitioner's Section 2255 petition (Ct. Rec. 129), Petitioner is not able to make a substantial showing of the denial of a constitutional right. The petition was untimely and the claims raised have been procedurally defaulted. These determinations are not debatable among jurists of reason, a court could not resolve the issues in a different manner, and there is no issue of sufficient adequacy to deserve encouragement to proceed further. Because Petitioner has not made a substantial showing of the denial of a constitutional right, the Court declines to issue a certificate of appealability. 28 U.S.C. § 2253(c).

The Court being fully advised, **IT IS HEREBY ORDERED** that Defendant's motion to vacate judgment pursuant to Rule 36, in pari materia to Rule 60(b), construed as a request for a certificate of appealability, (**Ct. Rec. 130**) is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to Petitioner and counsel for the government.

**DATED** this ___30th___ day of June, 2011.

S/Fred Van Sickle
Fred Van Sickle
Senior United States District Judge

ORDER DENYING PETITIONER'S MOTION . . . - 3